CORNELIUS LAFFLER, ADMINISTRATOR AD PROSEQUEN-
DUM OF THE ESTATE OF JACOB LAFFLER, DECEASED,
PLAINTIFF-APPELLANT, ·v. SAM LAFER AND ARAKEL
AMIRKONIAN, DEFENDANTS-RESPONDENTS.

Submitted January term, 1928—Decided July 7, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Aaron Heller* and *Joseph J. Weinberger.*

*Contra, Edwards & Smith* and *Irving L. Werksman.*

PER CURIAM.

This is plaintiff's rule for a new trial. Jacob Laffler was
killed through being struck by an automobile driven by
Lafer and owned by Amirkonian. There was evidence of
negligence of Lafer in driving the car and of Amirkonian
in the inadequate equipment of the car as to lights and
brakes. The finding of the jury in favor of the defendants,
however, we think was justified on the ground that the neg-
ligence of Laffler was a contributing cause to his own death.

The evidence was that when struck he was walking towards
defendant's car in the centre of Myrtle avenue between Har-
rison and Sherman streets, in Passaic, at eleven-thirty P. M.,
on December 26th, 1925, and that it was very dark. For one
to walk longitudinally in the middle of a highway (the por-
tion usually occupied by vehicular traffic) on a dark night in
a populous city is, we think, an act of imprudence from
which a jury could properly infer legal negligence.

The rule for a new trial is therefore discharged.